FILED

AUG 21 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DANIEL SHANE LUTHER, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:08-CR-383 LJO <br><br> ORDER |

The United States Marshal, with its concurrence, and at the request of Defense Counsel, is hereby ordered to transport the Defendant Luther to the Lisle Funeral Home in downtown Fresno for a visitation of the Defendant's cousin. The visitation is to be for a period of no more than 20 minutes, once at the Funeral Home. It is to occur, without notice to the Defendant, at anytime after 4 p.m. on Friday August 21, 2009, but before 7 a.m. on Saturday August 22, 2009.

DATED: August 21, 2009

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1