HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00383-LJO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| DANIEL SHANE LUTHER, | |
| *Defendant.* | |

Defendant, Daniel Shane Luther, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. Luther was charged in 2008 and pled guilty in 2009 to possession of material involving the sexual exploitation of minors. He received a 60 month sentence, with 180 months supervised release to follow. Mr. Luther began his supervised release on September 9, 2013. Mr. Luther submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Santana Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: October 7, 2024        */s/ Peggy Sasso*
                              PEGGY SASSO
                              First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **October 8, 2024**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE